# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### Austin Division

| | | |
|---|---|---|
| In re: | § | Case No. 09-12159-HCM-7 |
| | § | |
| **STAR OF TEXAS ENERGY SERVICES, INC.** | § | Chapter 7 |
| | § | |
| | § | |
| | § | |
| **Debtor** | § | |

## AMENDED DEPOSIT OF SMALL OR UNCLAIMED DIVIDENDS

    The undersigned trustee reports: \_\_\_\_

\_\_\_\_    The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

_X_    More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

    Therefore, pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee remits herewith his/her check(s) in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated:   06/15/17                    _/s/ C. Daniel Roberts, Trustee_
                                                       C. DANIEL ROBERTS, Trustee
                                                       CHAPTER 7 TRUSTEE
                                                       1602 EAST CESAR CHAVEZ
                                                       AUSTIN, TX 78702
                                                       (512) 494-8448

# EXHIBIT "A"

PLEASE CHECK ONE:

____ Small Dividends

__X__ Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| PATHFINDER ENERGY SERVICES<br>C/O R. KELLY DONALDSON<br>10077 GROGAN'S MILL, #500<br>The WOODLANDS, TX 77380 | 000075A | $5,963.68 |
| DIAMONDBACK-TOTAL TEXAS, LLC d/b/a<br>TOTAL TEXAS OILFIELD<br>ATTN: ANDREW SCHROEDER<br>100 EAST CALIFORNIA, STE 200<br>OKLAHOMA CITY, OK 73104 | 000088 | $2,880.90 |
| GRR ROUSTABOUTS LLC<br>PO BOX 51337<br>DENTON, TX, 76206 | 000036B | $16,706.95 |
| DIAMONDBACK – TOTAL TX, LLC<br>d/b/a TOTAL OILFILED<br>ATTN: ANDREW SCHROEDER<br>100 EAST CALIFORNIA, STE 200<br>OKLAHOMA CITY, OK 73104 | 000087 | $3,564.74 |
| GRR ROUSTABOUTS LLC<br>PO BOX 51337<br>DENTON, TX, 76206 | 000036A | $32.59 |
| PATHFINDER ENERGY SERVICES<br>C/O R. KELLY DONALDSON<br>10077 GROGAN'S MILL, #500<br>The WOODLANDS, TX 77380 | 000075B | $90.91 |
| JAMES WAYLAND PATTON<br>1120 ERIN LANE<br>NASHVILLE, TN 37221 | 0000009 | $787.62 |

| | | |
|---|---|---|
| LIBERTY PRESSURE PUMPING, LP<br>ATTN: KD PASSON<br>PO BOX 676887<br>DALLAS, TX 75267 | 000038 | $8,220.98 |
| GP OILFIELD SERVICES, LTD.<br>14504 FM 730N<br>AZLE, TX 76020 | 000041 | $429.47 |
| FRAC TECH SERVICES, LTD.<br>C\O WILLIAM A. HICKS<br>PO BOX 1587<br>CISCO, TX 76437 | 000044 | $22,744.37 |